Opinion issued April 29, 2025



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-24-00887-CR

————————————

**NOLAN CHARLES HAWTHORNE, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the 405th District Court**
**Galveston County, Texas**
**Trial Court Case No. 23-CR-0695**

---

## MEMORANDUM OPINION

Appellant Nolan Charles Hawthorne pleaded guilty to the second-degree felony offense of aggravated assault with a deadly weapon and was sentenced by a jury to 20 years' incarceration in the Correctional Institutions Division of Texas Department of Criminal Justice. On February 25, 2025, appellant's counsel filed a

motion to abate, stating that appellant had indicated a desire to waive his right of appeal and that counsel had forwarded a motion to dismiss to appellant for his signature, but no response was received. Therefore, counsel asked for this Court to abate for a hearing in the trial court to determine whether appellant wished to proceed with his appeal.

The Court granted the motion and issued an order on March 4, 2025, abating the appeal and remanding to the trial court for a hearing to determine if appellant wished to proceed with his appeal. On March 25, 2025, a supplemental reporter's record of the hearing was filed and on April 11, 2025, a supplemental clerk's record was filed. The supplemental reporter's record contains appellant's testimony that he does not wish to proceed with his appeal and indicates he understands the consequences of dismissing his appeal. The supplemental clerk's record contains the trial court's findings that appellant was placed under oath, was questioned by his appointed counsel, and clearly expressed his desire not to pursue the appeal.

Rule 42(a) requires a motion signed by the appellant and his counsel to dismiss a criminal appeal voluntarily. *See* TEX. R. APP. P. 42.1(a). However, based on appellant's statement under oath and on the record that he does not wish to pursue his appeal and the trial court's findings of fact that appellant clearly expressed a desire not to proceed with his appeal, we reinstate the appeal and conclude that good cause exists to suspend the operation of Rule 42.2(a). *See Truong v. State*, No. 01-

2

17-003430CR, 2018 WL 1630177, at *1 (Tex. App.—Houston [1st Dist.] Apr. 5, 2018, no pet.) (mem. op., not designated for publication).  We have not yet issued a decision in this appeal.  *See* TEX. R. APP. P. 42.2(b).

Accordingly, we dismiss the appeal.  *See* TEX. R. APP. P. 43.2(f). We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Adams and Justices Gunn and Guiney.

Do not publish.  TEX. R. APP. P. 47.2(b).